IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

No. 15-CV-1

---

UWM Student Association, et al.,
    Plaintiffs,

    v.                   **NOTICE OF APPEAL**

Dr. Michael Lovell, Chancellor,
University of Wisconsin—
Milwaukee, et al.,
    Defendants.

---

    Notice is hereby given that all plaintiffs in the above named case, except for Alexander Kostal, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the judgment of dismissal entered in this action on the 21st day of June, 2017.

                              */S/ Gary Grass*
                              Gary Grass
                              Attorney for Plaintiffs
                              No. 1035738
                              2132 N. 33rd St. Milwaukee, WI 53208
                              (414) 447-8369
                              g.grass@sbcglobal.net